There will be no private bathrooms.

**Will there be running water?**

Yes, there will be running water on the island.

**Will there be laundry facilities?**

There will be no laundry facilities available on the island.

**What do I need to bring with me to the island?**

Pack as if you are going on vacation to a tropical location. Sunscreen and bug repellent are highly recommended.

**Can I stay in between the two weekends?**

No, you must leave the island by the last flight out Monday. You can return again the following Thursday at.

**If I choose the shared option, can I switch/request a roommate?**

Yes, you may request a roommate for "The Retreat" package, after you book your spot. Please email concierge@fyreapp.com to request a roommate, with your guest cc'd. Changes are allowed as space permits.

## FOOD + DRINK

**Is food included? What kind will be available?**

Food is included in the price of your ticket. We are working with a variety of local and international vendors to create an incredible hospitality experience. Check back soon for updates!

**How is Fyre Festival accommodating dietary restrictions?**

We will make our best efforts to accommodate food restrictions. An email will go out to confirm any restrictions prior to the event.

**Is alcohol included? What kind will be available?**

Alcohol is not included, but will be available for purchase throughout the island. Anything you would find at your favorite bar, you will find at Fyre Cay with added local specialities! Menus will be released prior to the festival.

**Can I bring my own alcohol?**

No. Alcohol may be purchased on the island, but cannot be brought.

**What is the age requirement for alcohol consumption?**

In order to purchase alcohol, guests must be 21 year of age or older at the time of purchase. If you are turning 21 during the time you will be on Fyre Cay, you must wait until 12:00am of your birth date to acquire a 21+ wristband. No exceptions will be made.

**Are cases of bottled water allowed on the island?**

No; however, they will be available for purchase at the Fyre Convenience store.

## CONNECTIVITY

**Will my phone work?**

Your phone will work, but please check with your carrier for international charges.

**Will there be WiFi on the island?**

Yes, complimentary WiFi is available.

## HEALTH + SAFETY + SECURITY

**Will there be a doctor on the island?**

Yes. The island will be honoring American Standards for medical safety. There will be a be medical tent on the island with professional medical providers. If there is an emergency, guests will be transported to the nearest appropriate facility in Miami or the Dr. Hospital in Nassau.

**Is the water safe to drink?**

Yes the water is safe to drink! We will have water bottle filling stations throughout the island. , but there will also be complimentary bottles of water throughout the festival.

**Is there security on the island?**

Fyre Festival is working with local law enforcement to ensure a safe festival experience for all. Private contractors and the Bahamian army will be on site the entire time.

**Will I be searched upon entering?**

Yes; there will be zero tolerance for prohibited items..

**Do the tents lock?**

The housing will have locks on the doors, but would suggest keeping an eye on valuables at all times, and utilizing lockers on the island.

**Is there a place I can lock or protect my belongings?**

There will be lockers on the island, but would advise to not bring valuable belongs unless necessary.

**Do you have a lost and found?**

Yes.

**How will I know who is a Fyre Festival team member?**

All Fyre Staff members will be visibly identifiable with t-shirts.

**What happens if I break a rule on the island?**

You will be sent home immediately, subject to an extra change, and not refunded for your purchase.

## ACCESSIBILITY

**Will the island be handicap accessible?**

We are working to make the island accessible. In the meantime, if you have concerns, please reach out to concierge@fyreapp.com

**Are service animals allowed?**

Service animals are the only animals allowed onto the festival grounds. Emotional support animals are not considered service animals.

## ENTRY REQUIREMENTS

**What is the age requirement for Fyre Festival?**

Fyre Festival is an 18+ event. For VIP access ticket holders must be 18+.

**I turn 18 over the course of Fyre Festival, will I be allowed to attend while 17?**

You must be 18 years of age or over to enter Fyre Cay. If you are turning 18 over the course of Fyre Festival you will be permitted on to the island the morning of your birth date.

**What kind of identification will I need around the island?**

You must have a passport and a valid Photo ID. Your passport must be valid for at least 6 months after the date of arrival. Please see acceptable forms of ID below.

**ACCEPTABLE FORMS OF ID**

- Any US government-issued driver's license or ID card containing a photograph and date of birth
- US or foreign government-issued passport containing a photograph and date of birth
- Foreign government-issued driver's license/ID with color photocopy of passport (not valid for 21+ wristband. To purchase alcohol or enter VIP areas, a physical passport or US ID will be required.)
- Temporary DMV documents proving you are currently renewing a license — ONLY if accompanied by passport or expired license

**UNACCEPTABLE ID**

- School ID
- Consular ID
- Birth certificate
- Expired ID of any kind
- Photocopy of any ID (except as noted above)
- Temporary DMV license without passport or expired license

**Will I have to go through customs & immigration?**

Yes, you will have to go through customs upon arrival. Fyre Festival has been working with the Bahamian Government for expedited customs. Please visit http://www.bahamas.com/faq/entering-exiting-policies for entry and exit requirments.

**What if I lost my ID/CC/Phone while I'm there? Will I be denied access to bars?**

No you will not be denied access to the bars, but you will have to sign a promissory note to confirm payment after you return home.

## PROHIBITED + ALLOWED ITEMS

**ZERO TOLERANCE POLICY ON ILLEGAL SUBSTANCES**

Fyre Festival maintains a zero-tolerance policy for drug use and possession. Local law enforcement and private security will be working together to ensure a safe and secure environment for all. Please be responsible.

**PRESCRIPTION POLICY**

For any prescription you are carrying a doctor's note is required. This note must be presented on a prescription pad or official letterhead and dated 2 months prior to your departure date with the following information:

**Full Name + Dosage + Packaging + Description of vial shape**

FYRE CAY CONVENIENCE STORE

Personal items will be available for purchase on the island (toiletries, etc) at the Fyre Convenience store.

**LIST OF PROHIBITED ITEMS**

**All items are subject to search and the Prohibited Items List is subject to change

- NO cases of water
- NO outside food or beverage items
- NO alcohol or flasks
- NO ice or ice packs
- NO coolers
- NO glass, cans, cups or coolers
- NO illegal substances, drugs, or drug paraphernalia
- NO totems, rage sticks or flags over 12 ft tall are permitted. Any of these items that are deemed unsafe or inappropriate, or are being used for purposes other than intended, may be confiscated on site.
- NO illegal or unauthorized vending
- NO soliciting
- NO knives or weapons of any kind
- NO slingshots
- NO flammable lanterns or fire of any kind
- NO fireworks or any types of explosives
- NO skateboards, scooters, hoverboards, or personalized motor vehicles
- NO bicycles inside the festival
- NO umbrellas of any size
- NO tents or canopies
- NO chairs or stools of any type
- NO wagons or carts of any type
- NO sports balls outside of beach balls.
- NO outside cans or cups
- NO professional cameras (indicated by a detachable lens)
- NO professional video or audio recording devices
- NO lasers or pointers
- NO chains, chain wallets, or spike jewelry
- NO instruments, megaphones, air horns, or noise makers
- NO metal aerosol containers including sunscreen, pepper spray, bug repellent, or spray paint (non-flammable are permitted)
- NO Aerosol products / Aerosol Cans
- NO Blankets / Towels / Chairs / Coolers
- NO Drones, Remote Control Aircraft, Toys/Cars
- NO Flags
- NO LED Gloves / Massagers / Stuffed Animals
- NO Guns / Ammunition / Tasers
- NO Hula Hoops
- NO Instruments
- NO Kites / Sky Lanterns
- NO Mace / Pepper Spray
- NO Pets / Animals
- NO Promotional Items
- NO Selfie sticks / Narcissists / Tripods
- NO Sharpies / Markers / Paint Pens
- NO Toy Guns / Water Guns / Sling Shots
- NO Pacifiers, dust masks or gas masks
- NO Liquid makeup
- NO Unsealed tampons (upon entry)
- NO Open packs of cigarettes (upon entry)
- NO Bota bags
- NO Large purses, bags or backpacks (over 12″ ×12″)
- NO Selfie sticks
- NO Parasols

**LIST OF ALLOWED ITEMS**

- YES Non-professional flash/still cameras, handheld video devices under 6″ (Sony Action Cam, GoPro, etc.)
- YES Small bags and backpacks, single-compartment backpacks, plush backpacks, purses (maximum 12″x12″)
- YES Hydration packs with no more than two main compartments and one smaller compartment—must be empty upon entry
- YES Fanny packs
- YES Sunglasses & hats
- YES E-cigarettes/vapes (refillable liquid chambers OK, must be empty upon arrival)
- YES Sealed sunscreen lotion (inspected upon entry)
- YES Powder makeup
- YES Sealed tampons
- YES Sealed wet wipes
- YES Glowsticks & glowing/illuminated costumes or jewelry
- YES Inflatables (must be deflated upon entry)
- YES Flags/banners or handmade signs (no corporate/company-branded and no hard flagpoles)
- YES Cell Phones / Cell Chargers
- YES Sealed Chapstick / Lip Balm
- YES Sealed Cigarettes / Lighters
- YES Digital & Film Cameras (Non-Pro)
- YES Ear Plugs
- YES Sealed Eye drops
- YES GoPros / Flip Cams
- YES Beach Balls
- YES Sealed Gum
- YES Smiles
- YES Walkie Talkies
- YES non-aerosol bug spray

## BUSINESS INQUIRIES

For all business inquiries including sponsorship, press, media, vendor requests, and volunteers, please email concierge@fyreapp.com.

For promotional inquiries, please contact hello@tablelist.com