**FOR CHECK-IN**

## Kenneth Reel #1
VIP Duo (Week 2)

**DATE**

May, 5 2017



**ORDER**                                    **TT** TABLELIST

# FYRE Festival Week 2

Order #: **47ced6fea763164a**

**ORDER**

| | |
|---|---|
| 1 Ticket(s) x $4144.00 | $4144.00 |
| Processing Fee | $455.84 |

**Final Total**                              **$4599.84**

---

## FOR *FASTER* CHECK IN
DOWNLOAD THE TABLELIST APP



  

**LOCATION**

Fyre Festival, 1 ocean drive
Fyre Cay FL, 33139

**DETAILS**

Your Event Ticket: This ticket grants you entry to the event, and can be printed or scanned from your phone. For easiest entry, download the Tablelist app at tablelist.com/download to access all details from your order and about the event.

**FOR CHECK-IN**

# Kenneth Reel #2
VIP Duo (Week 2)

**DATE**

May, 5 2017



**ORDER**

**TT TABLELIST**

# FYRE Festival Week 2

Order #: **47ced6fea763164a**

**ORDER**

| | |
|---|---|
| 1 Ticket(s) x $4144.00 | $4144.00 |
| Processing Fee | $455.84 |

**Final Total** **$4599.84**

**FOR *FASTER* CHECK IN**

DOWNLOAD THE TABLELIST APP






**LOCATION**

Fyre Festival, 1 ocean drive
Fyre Cay FL, 33139

**DETAILS**

Your Event Ticket: This ticket grants you entry to the event, and can be printed or scanned from your phone. For easiest entry, download the Tablelist app at tablelist.com/download to access all details from your order and about the event.