**From:** Fyre Festival [mailto:concierge=fyreapp.com@mail101.us4.mcsv.net] **On Behalf Of** Fyre Festival
**Sent:** Sunday, April 30, 2017 8:53 AM
**To:** Ken Reel <Redacted>
**Subject:** Fyre Festival Refund Information

Thank you again to all of our guests for your patience as we navigate our next steps. We owe you an apology. The Fyre Festival is a dream and vision that we poured our hearts and souls into creating, and it fell dramatically short of even the most modest expectations. We're heartbroken that we let down all the guests who put their faith in us and we fully recognize and own our shortcomings. We should have done better and we want to make it right.

This link will bring you to a form that will provide the necessary information to apply for a refund. Password is **makethisright**

We also feel it is important that you hear from us directly. Billy McFarland, the event co-founder, would like to reach out to each of you on a call in the coming

weeks. On the refund form, you will notice a place to provide the best number to reach you. He would be humbled by the opportunity to individually apologize to each and every guest, at your convenience.

The Fyre Festival has learned greatly from our mistakes. We appreciate your time and consideration as we look to make this right and ultimately achieve our vision.

This email was sent to Redacted
*why did I get this?* unsubscribe from this list update subscription preferences
Fyre Festival · 52 · Lispenard Street · New york city, NY 10013 · USA