

# FYRE

## Fyre Festival Refund Application and Free Ticket Request Form

This application can be used to request refunds for tickets purchased to the 2017 Fyre Festival.

The festival was a no-refund ticketed event, however, event organizers are making efforts to refund approved requests from confirmed attendees and confirmed ticket holders.

Please note: Fyre Festival will be unable to refund guests who have initiated a dispute with their credit card company unless the dispute is cancelled (to avoid being refunded twice).

The only way to apply for a refund is to complete this application.

   press ENTER

1 → Password:*

makethisright

 press ENTER

0% completed

1 → Password:*

makethisright

2 → Full Name:*

3 → Date of Birth:*

MM / DD / YYYY

4 → Permanent Email Address:*

7% completed

2 → Full Name:*

3 → Date of Birth:*


MM / DD / YYYY       ✕

4 → Permanent Email Address:*

5 → Phone Number:*

7% completed

3 → Date of Birth: *

MM / DD / YYYY

4 → Permanent Email Address: *

5 → Phone Number: *

6 → Would you like a Fyre Festival organizer to call you? *

Yes

MM / DD / YYYY

4 → Permanent Email Address:*

5 → Phone Number:*

6 → Would you like a Fyre Festival organizer to call you?*



Yes

No

7 → How did you pay for your tickets?*

5 → Phone Number:*

6 → Would you like a Fyre Festival organizer to call you?*



- Y Yes
- N No

7 → How did you pay for your tickets?*



- A Credit Card
- B Check
- C Bank Wire
- D Other

8 → For which dates did you purchase tickets?*

7% completed

6 → Would you like a Fyre Festival organizer to call you?*

- [ Y ] Yes
- [ N ] No

7 → How did you pay for your tickets?*

- [ A ] Credit Card ✓
- [ B ] Check
- [ C ] Bank Wire
- [ D ] Other

8 → Please provide the last four digits of your credit card used.*

9 → For which dates did you purchase tickets?*

18% completed

7 → How did you pay for your tickets?*



A. Credit Card ✓   B. Check   C. Bank Wire
D. Other

8 → Please provide the last four digits of your credit card used.*

9 → For which dates did you purchase tickets?*

10 → What type of tickets did you purchase?*

General admission, package, etc?

8 → Please provide the last four digits of your credit card used.*

9 → For which dates did you purchase tickets?*

To add a paragraph, press SHIFT + ENTER

10 → What type of tickets did you purchase?*

General admission, package, etc?

11 → Did you purchase a flight from Miami to Exuma?*

☒ Yes

18% completed

9 → For which dates did you purchase tickets?*

10 → What type of tickets did you purchase?*

General admission, package, etc?

11 → Did you purchase a flight from Miami to Exuma?*



Yes

No

12 → Did you add funds to your RFID wristband?*



Yes ✓

10 → What type of tickets did you purchase?*

General admission, package, etc?

11 → Did you purchase a flight from Miami to Exuma?*



Y Yes ✓

N No

12 → What was your flight number, date and scheduled flight time?*

13 → Did you actually take the flight you purchased from Miami to Exuma?*

A No, I did not board a flight, thankfully!

B Yes, I boarded a flight and survived the experience!

22% completed

11 → Did you purchase a flight from Miami to Exuma?*

- [Y] Yes ✓
- [N] No

12 → What was your flight number, date and scheduled flight time?*

13 → Did you actually take the flight you purchased from Miami to Exuma?*

- [A] No, I did not board a flight, thankfully!
- [B] Yes, I boarded a flight and survived the experience!
- [C] Other

14 → Did you add funds to your RFID wristband?*

12 → What was your flight number, date and scheduled flight time?*

13 → Did you actually take the flight you purchased from Miami to Exuma?*

- A  No, I did not board a flight, thankfully!
- B  Yes, I boarded a flight and survived the experience!
- C  Other

14 → Did you add funds to your RFID wristband?*

- Yes ✓
- No

15 → What amount did you add to your RFID wristband?*

22% completed

B. Yes, I boarded a flight and survived the experience.

C. Other

14 → **Did you add funds to your RFID wristband?** *

Y. Yes ✓

N. No

15 → **What amount did you add to your RFID wristband?** *

16 → **Do you want to claim your complimentary VIP pass to Fyre Festival 2018?** *

From the Fyre Festival Team: Thanks for all of your support and patience through this difficult time. For better or worse, the entire world now knows about the Fyre Festival. We are truly sorry for what all of our guests and staff went through and we will work tirelessly to make it up to all of you. After speaking with

22% completed

14 → Did you add funds to your RFID wristband?*

- [Y] Yes ✓
- [N] No

15 → What amount did you add to your RFID wristband?*

16 → Do you want to claim your complimentary VIP pass to Fyre Festival 2018?*

From the Fyre Festival Team: Thanks for all of your support and patience through this difficult time. For better or worse, the entire world now knows about the Fyre Festival. We are truly sorry for what all of our guests and staff went through and we will work tirelessly to make it up to all of you. After speaking with several of our supportive current and potential partners, we have decided to add more seasoned event experts to produce the 2018 Fyre Festival, which will take place at a United States beach venue. As a part of this, all Fyre Festival 2017 ticket holders will be offered one VIP access pass to next year's festival free of charge.

- [A] Free? Yeah, sign me up!
- [B] No thanks, you guys are nuts.

22% completed

16 → **Do you want to claim your complimentary VIP pass to Fyre Festival 2018?**
\*

From the Fyre Festival Team: Thanks for all of your support and patience through this difficult time. For better or worse, the entire world now knows about the Fyre Festival. We are truly sorry for what all of our guests and staff went through and we will work tirelessly to make it up to all of you. After speaking with several of our supportive current and potential partners, we have decided to add more seasoned event experts to produce the 2018 Fyre Festival, which will take place at a United States beach venue. As a part of this, all Fyre Festival 2017 ticket holders will be offered one VIP access pass to next year's festival free of charge.

| A | Free? Yeah, sign me up! | | B | No thanks, you guys are nuts. ✓ |

17 → Would you prefer to exchange your 2017 ticket(s) for additional 2018 VIP passes, as opposed to receiving a refund? (Ex: If you purchased 3 passes for 2017 you would receive 6 total 2018 VIP passes) 

As you likely know, we've been through the ringer on social media and this has been a challenging week for us as we were unable to realize our dream on the first try. We are now one of the world's most famous festivals, for all the wrong reasons. We want to reverse that sentiment by producing something amazing. We are fully committed to this event next year, and to producing it in the most professional way, with experienced professionals. We have received support and commitments from several musicians to

27% completed

17 → **Would you prefer to exchange your 2017 ticket(s) for additional 2018 VIP passes, as opposed to receiving a refund? (Ex: If you purchased 3 passes for 2017 you would receive 6 total 2018 VIP passes)** *

As you likely know, we've been through the ringer on social media and this has been a challenging week for us as we were unable to realize our dream on the first try. We are now one of the world's most famous festivals, for all the wrong reasons. We want to reverse that sentiment by producing something amazing. We are fully committed to this event next year, and to producing it in the most professional way, with experienced professionals. We have received support and commitments from several musicians to perform at next year's event. We would be so thankful to have your support as well.

- [A] Yes, let it ride. I'd love to support you all in creating something amazing!
- [B] No, I'm not down for the adventure

18 → Is there anything else you'd like to share with Fyre Festival Organizers that may help us with Fyre Festival 2018?

(Be gentle)

27% completed



18 → **Is there anything else you'd like to share with Fyre Festival Organizers that may help us with Fyre Festival 2018?**

(Be gentle)

To add a paragraph, press **SHIFT + ENTER**



